UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-12734-RGS

RONALD CLARK

v.

UMASS CORRECTIONAL HEALTH CARE, et al.

ORDER

January 21, 2015

STEARNS, D.J.

Ronald Clark was a named plaintiff in *Stote v. UMass Correctional Health*, C.A. No. 13-10267-NMG, a civil rights action filed by MCI Norfolk inmate John E. Stote in which he and over one hundred other prisoners claimed that medical care at MCI Norfolk was inadequate.

In an order dated June 25, 2014, the Court ordered that the claims of each plaintiff be severed and that a separate case be opened up for each individual plaintiff. *See id.* (docket entry #20). The order directed each plaintiff who wanted to prosecute his own claims to pay the $400 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (also referred to as motion for leave to proceed *in forma pauperis*) within sixty days and that the failure to pay the fee or seek leave to proceed without payment of the fee may result in dismissal of the individual action without prejudice.

The Clerk mailed a copy of Judge Gorton's order and the form Application to Clark in June 2014. It was not returned as undeliverable and the Clerk never received a response from the plaintiff. However, the public website vinelink.com indicates that Clark was later transferred to the Souza-Baranowski Correctional Center and is now confined at Shattuck Hospital. In light of the plaintiff's transfers, it is unclear whether he received the documents mailed to him at MCI Norfolk.

Accordingly, Clark shall be given additional time to indicate whether he wishes to litigate this action. If he wants to pursue his individual claims, he must, within thirty-five (35) days, pay the $400 filing fee or file a motion for leave to proceed *in forma pauperis* (with a six-month prison

account statement). Failure to comply with this directive will result in dismissal of the action.

The Clerk shall provide Clark with (1) a copy of the June 25, 2014 order; (2) pages from the complaint that contain allegations and claims common to all the original plaintiffs and those specific to Clark; and (3) an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE